```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOFYA DEEVA,

                    Plaintiff,

               -against-

RIAN HARKER HARRIS, *Deputy Chief of Mission, U.S. Embassy in Georgia, and* Antony Blinken, Secretary of the U.S. *Department of State*,

                    Defendants.

1:23-cv-03639-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    Defendants filed a motion to dismiss [ECF No. 11] without first requesting a pre-motion conference with the Court. The motion to dismiss is therefore DENIED without prejudice for failure to comply with this Court's Individual Rule 4.A.i. Counsel is admonished to apprise itself of this Court's Individual Rules of Practice and the Local Rules of the Southern District of New York.

    The Clerk of Court is respectfully requested to terminate ECF No. 11.

**SO ORDERED.**

Dated: August 17, 2023
       New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**

1